UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                                    CASE NO.

**BRIAN J. ROUSSELL**                                                       **14-12404**
**DAWN M. ROUSSELL**

SECTION A

DEBTOR

CHAPTER 13

## ORDER

The undersigned Judge must recuse herself from the above-captioned case to avoid the appearance of impropriety.  Accordingly,

**IT IS ORDERED** that the above-captioned adversary case is **TRANSFERRED** to Judge Douglas D. Dodd, United States Bankruptcy Judge for the Middle District of Louisiana.  All hearings and conferences scheduled before Judge Magner are cancelled, and the parties must contact the chambers of Judge Dodd to reschedule them.

New Orleans, Louisiana, January 21, 2015.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge